JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :        INDICTMENT

   - v. -                           :
                                             07 CRIM 1118
ANEUDY NIVAR,                        :

            Defendant.            :

- - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about August 10, 2006, and continuing thereafter, in the Southern District of New York and elsewhere, ANEUDY NIVAR, the defendant, having been released on bail in connection with a charge of an offense punishable by imprisonment of fifteen years and more, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, NIVAR failed to appear before United States District Judge Richard C. Casey on August 10, 2006, at his sentencing in the matter of United States v. Aneudy Nivar, 05 Cr. 1220 (RCC), or at any time thereafter.

(Title 18, United States Code, Sections 3146(a)(1)
and (b)(1)(A)(i).)

/s/ Douglas Colley
FOREPERSON

/s/ Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 7 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANEUDY NIVAR,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 3146(a)(1)
and (b)(1)(A)(i).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Post 1/27

*Douglas Allen*
Foreperson.

RC
12/7/07

Indictment filed, case assigned to Judge Crotty.

J Maas, USMJ